FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER CANNING and ROSE CANNING, <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS CAPITAL REAL ESTATE, INC. (dba HOMEQ Servicing); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER SECURITIZATION SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2005, STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11; OCWEN LOAN SERVICING, LLC; ETS Services, LLC (dba EXECUTIVE TRUSTEE SERVICES, LLC); and UNKNOWN DOES 1-100, Inclusive, <br><br> Defendants. | Case No. 8:10-cv-00435-AG-RNB <br><br> Assigned to: Hon. Andrew J. Guilford <br><br> ~~[PROPOSED]~~ JUDGMENT |

1

[PROPOSED] JUDGMENT FOR DEFENDANTS

This matter came before this Court on July 11, 2011 for hearing on Defendants BARCLAYS CAPITAL REAL ESTATE, INC. DBA HOMEQ SERVICING ("HomEq"); U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER SECURITIZATION SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2005, STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11 ("U.S. Bank"); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); and OCWEN LOAN SERVICING, LLC ("Ocwen") (collectively referred to as "Defendants") Motion to Dismiss Plaintiffs' Second Amended Complaint, or in the alternative, Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, the court finds as follows:

1. The Court treats Defendants' motion as a Motion to Dismiss Plaintiffs' Second Amended Complaint rather than as a Motion for Summary Judgment.

2. Plaintiffs have not filed an opposition to Defendants' motion. The court treats Plaintiffs' failure to file an opposition as consent to the granting of the motion.

3. Based on the Second Amended Complaint and the arguments raised in Defendants' motion, the Court does not believe the deficiencies of the Second Amended Complaint cold be cured by an amendment. Plaintiffs have had three attempts to draft their complaint.

4. Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is GRANTED without leave to amend as to the moving Defendants.

5. This action is hereby dismissed with prejudice as to the moving Defendants.

6. The preliminary injunction previously issued in this case is lifted effective as of the date of this Judgment.

[PROPOSED] JUDGMENT FOR DEFENDANTS

7. Judgment is entered in favor of Defendants BARCLAYS CAPITAL REAL ESTATE, INC. DBA HOMEQ SERVICING; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER SECURITIZATION SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2005, STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; ETS Services, LLC (dba EXECUTIVE TRUST SERVICES, LLC); and OCWEN LOAN SERVICING, LLC and against Plaintiffs CHRISTOPHER CANNING and ROSE CANNING.

Dated: JULY 13, 2011

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

3

[PROPOSED] JUDGMENT FOR DEFENDANTS